# STATEMENT OF FACTS

I, Jonathon Price, am a Special Agent with the Drug Enforcement Administration (DEA). I have participated in the investigation of methamphetamine trafficking in the Metropolitan Washington, D.C. area, including the investigation of an individual identified as WILLARD MACALLASTER.

On January 5, 2012, a cooperating witness (CW), working under the supervision of myself and other DEA agents purchased approximately a half ounce of methamphetamine from MACALLASTER inside room 709 located in the Donovan House Hotel at 1155 14th Street, N.W., Washington, D.C. After the purchase, agents field tested the substance MACALLASTER sold to the CW; it tested positive for the presence of methamphetamines. The CW reported to me that it had observed a large quantity of what it recognized as crystal methamphetamine inside the hotel room in which MACALLASTER was the sole occupant.

DEA agents and Metropolitan Police Department (MPD) officers secured the premises and obtained a District of Columbia Superior Court search warrant authorizing the search of the hotel room 709. MACALLASTER was the sole occupant of the room when officers and agents entered it to secure it. The search was conducted in the early evening of January 5, 2012. Recovered during the search was approximately 560 grams, including packaging of suspected crystal methamphetamine. A field test of the substance was conducted and tested positive for the presence of methamphetamine.

___________________________________
SPECIAL AGENT JONATHON PRICE
Drug Enforcement Administration

Sworn and subscribed to before me this _____________ day of January 2012.

______________________________
DEBORAH A. ROBINSON
United States Magistrate Judge